AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means     ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the
Eastern District of Kentucky

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>A RESIDENCE LOCATED AT 355<br>CRESSY ROAD, IRVINE, KENTUCKY<br>40336<br>(more fully described in Attachment A) | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.   5:25-MJ-5025-MAS

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ___Eastern___ District of ___Kentucky___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A for the full description of the property to be searched.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B for the full description of the property to be seized.

**YOU ARE COMMANDED** to execute this warrant on or before ___February 21, 2025___ *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Matthew A. Stinnett___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     **4:15 PM, Feb 7, 2025**

_Judge's signature_

City and state:          Lexington, Kentucky          Matthew A. Stinnett, U.S. Magistrate Judge
*Printed name and title*

## Return

| Case No.: | Date and time warrant executed: 2/13/2025  10:00 a.m. | Copy of warrant and inventory left with: Residence / Robert Estes |
|---|---|---|

Inventory made in the presence of : John Morgan

Inventory of the property taken and name(s) of any person(s) seized:

See Attachment

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/13/25

_Executing officer's signature_

SA Matt Eversole

_Printed name and title_

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

| Page 2 of 1 | Case/Inspection Number | Case/Inspection Title | | Office |
|---|---|---|---|---|
| | 25-08338 | Jeremiah HIX et al | | Lexington III |

**Taken from:** *(name, title, address, if appropriate)*
35 S Cressy Rd
Irvine KY 40336

**Recipient:** *(name, title, address, if appropriate)*
Bobby Osborne

**Location of Transfer or Seizure**

**Basis for Transfer or Seizure of Items:**
Search Warrant

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 S/A 1 envelope | 3 and Osborne's cash in # 19 above |
| 2  1 | on persMotorola Razr phone Devan Willoughby |
| 3  1 | Lv Rm Pumpkin false container w/ suspected meth |
| 4  1 | Lv Rm Scales w/ residue |
| 5  1 | Lv Rm multiple bags of possible narcotics |
| 6  1 | Osborne/Front left Bdrm 1 Blk Nokia phone |
| 7  1 | Back left/Devan's Rm 1 small safe w/ suspected narcotics |

Nothing Further

I hereby acknowledge receipt of the above item(s) into my custody.

**Received by:** *(signature)*
Sarah Deck

**Date** 2/13/25

**Transferred by:** *(signature, if appropriate)*

**Date**

**Witnessed by:** *(signature)*

**Date**

ATF Form 3400. 23
Revised March 2005

## <u>ATTACHMENT A</u>

**Property To Be Searched**

- Residence occupied by Bobby OSBORNE identified in below photographs. Residence is described as a tan trailer home with a dark roof and build on front porch with awning with red shutters on the front windows.

- Location to be searched is more specifically identified as the tan trailer home, outbuildings, structures, vehicles and disturbed ground located within the polygon coordinates indicated below.

Polygon with coordinates;

- Point 1: 37°48'11"N, 84°02'19"W

- Point 2: 37°48'13"N, 84°02'17"W

- Point 3: 37°48'08"N, 84°02'18"W

- Point 4: 37°48'09"N, 84°02'16"W











**The box drawn represents the approximate location of the GPS coordinates listed above and is the "geofence" requested in this Affidavit.**

## ATTACHMENT B

1.    All items and records relating to violations of 21 U.S.C. § 841(a)(1) (drug trafficking), including:

    a.  Cell phones that could contain contact lists, call lists, text messages, and photographs therein[3].

    b.  Items of identification and papers, documents and affects which establish dominion and control of the **Subject Premises**, including, but not limited to, driver's license, keys, mail, envelopes, receipts for rent, bills from public utilities, photos, address books and similar items.

    c.  Methamphetamine or any other illegal controlled substances, and anything used to cut, measure, weigh, use, ingest, package, conceal, transport, or transfer such substances.

    d.  Any currency that may be proceeds of such sales, along with records or documentation, written or stored electronically, derived from the sales of such substances.

    e.  Firearms, firearm parts, firearm cases, ammunition, ammunition magazines, holsters, firearm safety devices, firearm cleaning and maintenance supplies and equipment, firearm modification equipment and tools, firearm sighting devices and equipment including scopes and laser sights, equipment used to manufacture or load ammunition, photographs of firearms, invoices for purchase of firearms and related equipment.

    f.  United States currency, precious metals, jewelry, and financial instruments, including, but not limited to, stocks and bonds, papers, titles, deeds, and other documents reflecting ownership of vehicles and property utilized in the distribution of controlled substances or which are proceeds from the distribution of controlled substances.

    g.  Books, records, receipts, notes, ledgers, and other papers relating to the transportation, ordering, purchasing, and distribution of controlled substances.

---

[3] Responsive electronic devices may be seized temporarily, but the United States shall promptly apply to the Court for specific permission to search the content of such devices.